AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 3 2019

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
Christian Antonio Campos-Jimenez

**CRIMINAL COMPLAINT**

Case Number: M-19-3145-M

IAE   YOB: 1981
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 22, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Havana, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Christian Antonio Campos-Jimenez was encountered by Border Patrol Agents near Havana, Texas on December 22, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 22, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on October 14, 2019, through Alexandria, Louisiana. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 19, 2019 the defendant was convicted of 8 USC 1326 Reentry of Deported Aliens and sentenced to time served and one (1) year supervised release term.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Complaint authorized by AUSA **Laura Garcia** /s/

Signature of Complainant

Jon Chan
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

December 23, 2019                    3:48 pm
Date

Perer E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer